952 A.2d 1166

**Fawzi HABBOUSHE, M.D., Petitioner**

**v.**

**CHESTNUT HILL EMERGENCY ASSOCIATES, LTD., Parker Seymour, M.D., and Richard Martin, M.D., Respondents.**

**No. 200 EM 2007.**

Supreme Court of Pennsylvania.

June 23, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Petition for Allowance of Appeal is deemed a Petition for Review, and **DENIED.**

952 A.2d 1166

**Francis J. NELSON, Jr., Petitioner**

**v.**

**Allen L. ROTHENBERG, Respondent.**

**No. 185 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, the Petition for Review is hereby **DENIED.**